IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LASHAELA MILLER ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 1:22-cv-1323 |
| v. ) | |
| ) | |
| WASHINGTON METROPOLITAN ) | |
| AREA TRANSIT AUTHORITY, et al. ) | |
| ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF REMOVAL BY DEFENDANT**
**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY ("WMATA")**

To the Judges of the United States District Court for the District of Columbia:

1. On or about March 8, 2022, Plaintiff filed a complaint against WMATA in the Superior Court of the District of Columbia, in the case titled Lashaela Miller v. WMATA, et al. Case No. 2022 CA 001009 B.

2. Defendant WMATA was formally served in this action on April 28, 2022.

3. The Complaint, Summons, information sheet and initial order in the Superior Court of the District of Columbia are attached. These documents constitute the only process, pleadings, or orders received by the Defendant WMATA in this case, other than discovery.

4. This is a civil action over which this Court has original jurisdiction, pursuant to Pub. L. No. 89-774 and D.C. CODE §9-1107.10 (81), which specifically grants original jurisdiction over suits against WMATA to the United States District Court and allows for the removal of claims against WMATA, in state court, to the this court in accordance with 28 U.S.C. §1446 (2017).

5. Pursuant to 28 U.S.C. § 1446(d), a Notice of Removal is being

contemporaneously filed with the Clerk of the Superior Court of the District of Columbia, and mailed to Plaintiff's counsel.

WHEREFORE, Defendant WMATA requests that the entire above-referenced action now pending in the Superior Court of the District of Columbia be removed to this Court.

Respectfully submitted,

/s/   Nicholas L. Phucas
Nicholas L. Phucas #475163
Senior Counsel
WMATA
300 Seventh St., S.W., 7E
Washington, D.C.   20024
(202) 962-2886
(202) 962-2550 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Removal was electronically filed and mailed, first class, postage prepaid this 13th day of May, 2022, to:

Joseph M. Chandlee
2200 Defense Highway, Suite 304
Crofton, MD   21114


/s/   Nicholas L. Phucas
Nicholas L. Phucas #475163